# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

WARREN JOSEPH MESSINA

**CRIMINAL COMPLAINT**
(Electronically Submitted – Redacted)

CASE NUMBER: MJ-23-04341-001-PCT-CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about November 17, 2023, in Yavapai County, in the District of Arizona, the defendant, **WARREN JOSEPH MESSINA**, did knowingly, intentionally, and forcibly assault, impede, intimidate, and interfere with J.R., a person designated under Title 18, United States Code, Section 1114 as a federal employee at the time, while J.R. was engaged in and on account of the performance of her official duties, in violation of Title 18, United States Code, Section 111(a).

I further state that I am a Criminal Investigator with the United States Veteran Affairs Police, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

REVIEWED BY: */s AUSA Paul V. Stearns*

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

Rochair Jenkins, Criminal Investigator, VAPD
Complainant's Name and Title

Complainant's Signature    12/15/2023
                            Date

__X__ Sworn by Telephone

December 5, 2023
Date/Time

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Flagstaff, Arizona
City and State

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.12.15 15:29:36 -07'00'

Signature of Judicial Officer

- 1 -

**CC:  USM & PTS**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED REDACTED AFFIDAVIT

Your affiant, Rochair T. Jenkins, a Criminal Investigator with the VA Police Department, states under oath as follows:

1. Your affiant is employed by the Veteran Affairs Health Care Services Law Enforcement and Investigations (LE&I) in Prescott, Arizona. Your affiant is assigned as a Criminal Investigator within the Northern Arizona Veterans Affairs Healthcare System, which is in the District of Arizona. Your affiant is a graduate of the Federal Law Enforcement Training Center for the Criminal Investigator Training Program. Your affiant is also a graduate of the Veterans Affairs Law Enforcement Training Academy in Little Rock, AR. Your affiant has four years of federal law enforcement experience with the Veteran Affairs Police. Your affiant has 25 years of municipal police experience with the Omaha Police Department in Omaha, Nebraska.

2. The information contained in this affidavit is based upon your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein. Because this affidavit is being made to establish probable cause, your affiant has not included every fact known to him concerning this investigation.

## Introduction

3.      This case involves an assault on a Nurse Practitioner, whose initials are J.R., by Warren Messina, which occurred on November 17, 2023. The assault took place during a medical consultation at the U.S. Department of Veterans Affairs (VA) Kingman VA Clinic, located at 2668 Hualapai Mountain Road in Kingman, Arizona, which is in the District of Arizona. In summary, at the start of the consultation, Messina attempted to kiss J.R. as he entered the examination room. The victim moved away from Messina, and Messina grabbed J.R.'s right buttock and squeezed. J.R. was able to remove Messina's hand and advised him that he was not allowed to touch her.

## Investigation/Probable Cause

4.      On November 17, 2023, your affiant responded to a report of an assault against a healthcare provider at the Kingman VA Clinic. The provider was identified as J.R., who is a Nurse Practitioner and a federal employee at the Kingman VA Clinic in Kingman, Arizona. J.R. is employed by the Northern Veteran Affairs Health System.

5.      You affiant interviewed J.R. on November 17, 2023, via telephone. J.R. reported that she had an office visit scheduled with Messina on November 17, 2023, at 1130 AM. She described Messina as an adult male, 71 years old, 5'10" tall, and weighing approximately 190 pounds.

6. At the start of the visit, J.R. stated that Messina attempted to kiss her with his mouth. Specifically, J.R. said that Messina walked into the examination room and immediately tried to kiss her on the lips. J.R. said she moved away and avoided the attempted kiss. J.R. said that Messina then grabbed her buttocks with his left hand. She said Messina grabbed her right buttock and squeezed for approximately three to five seconds. At the time this occurred, J.R. said that they were entering the room for the consultation, and both were near the door.

7. When asked, J.R. said that this contact was not accidental. J.R. said she had to remove Messina's hand from her butt, and she told Messina that he was not allowed to touch her. J.R. reported that she was able to finish the appointment without further incident. Messina did not make any statements to J.R. concerning the assault. He concluded the appointment and left.

8. According to J.R., this incident occurred in exam room #169. No one else was present at the time of the incident. Messina's appointment was at 11:30 AM. The incident occurred at approximately 11:35 AM.

9. J.R. was working in the course and scope of her duties as a Nurse Practitioner for the VA at the time of the incident described above. At the time, J.R. was dressed in blue jeans and a sweater, and she was wearing a nametag identifying herself as a Nurse Practitioner.

10. It should be noted that your affiant was at the Kingman VA Clinic on November 17, 2023, to investigate another incident involving Messina. In that case,

Messina had sent a text message of his penis to D.N. Your affiant interviewed Messina about that incident on November 7, 2023, and he admitted that he had sent the voicemails and text messages of his penis to D.N. Messina was issued a citation, #E1067682, for that incident. Your affiant did not learn about the assault on J.R. until she reported it after Messina had left the Kingman clinic.

11. On November 28, 2023, your affiant contacted Messina via phone about the assault on J.R. Messina initially stated that he did not attempt to kiss J.R., and Messina denied touching or grabbing J.R.'s butt. Messina described J.R. as a hugger, and he said that J.R. she usually hugs him at the beginning of their appointments. When your affiant pressed Messina, he did say he has kissed her before on the cheek and hugged her back. However, Messina denied touching J.R.'s butt. J.R. refused to answer any further questions, and the call was ended.

12. On December 14, 2023, your affiant recontacted J.R. to clarify information that was received during the interview of Messina. Your affiant asked J.R. was its common practice for her to hug patients she provided care for at the clinic. J.R. stated it is common practice to hug patients, and she has hugged numerous patients to whom she has provided care. J.R. stated it was also common for other providers in the healthcare profession to hug patients in their care. J.R. was asked if it was common for her to allow patients to kiss her on the cheek. J.R. stated no she did not allow patients to kiss her. Your affiant clarified that J.R. was a federal

employee and has been employed with Veteran Affairs Health Care as a Nurse Practitioner for over five years.

### Conclusion

13.    Based on the foregoing, your affiant believes that there is probable cause to a support violation of federal law by Messina under 18 U.S.C. § 111(a). Your affiant respectfully requests the issuance of an arrest warrant for Warren Joseph Messina.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on: December 15, 2023

Rochair T. Jenkins, Criminal Investigator
VA Police Department

X  Sworn by Telephone

Date/Time: December 15, 2023

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.12.15 15:29:11 -07'00'

Camille D. Bibles
United States Magistrate Judge